United States District Court
Southern District of Texas
**ENTERED**
November 02, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MONICA MEDRANO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-175 |
| | § | |
| ALLSTATE TEXAS LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal, the Court

GRANTS the stipulation and dismisses Plaintiff, Monica Medrano's claims asserted against Defendant, Allstate Texas Lloyds, with prejudice.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Court costs will be paid by the party incurring same.

SO ORDERED this 2nd day of November, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge